```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com


Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                       Plaintiff,<br><br>       v.<br><br>NUCCI INTERNATIONAL CORP.<br><br>                       Defendant. | Case No. C 06 04550 SC<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO SUSPEND CASE MANAGEMENT DATES**<br><br>CMC Date:   December 1, 2006<br>CMC Time:   10:00 a.m. |

## ORDER

Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant Nucci International Corp. hereby notify the Court that the parties have reached a tentative settlement of their dispute, and are in the process of documenting the terms of the settlement.  The tentative settlement was reached on the assumption that the parties would not expend any further resources litigating this action while the settlement is documented.

The Initial Case Management Conference is currently set for December 1, 2006.  Accordingly, LS&CO. requests that the Court suspend all case management dates, including Fed. R. Civ. P. 26 deadlines and defendant's deadline for responding to the complaint, while the parties attempt to finalize their settlement.  If for some reason the tentative settlement has not been finalized within 90 days, LS&CO. will notify the Court and request that the case management schedule be reinstated.

Alternatively, the parties have no objection to entry of an Order of Conditional Dismissal that

1  would allow LS&CO. to reactivate this case in its entirety if the settlement is not finalized within 90
2  days.

4  DATED: September 1, 2006         Respectfully submitted,

6                                   By: /s/ Gregory S. Gilchrist
7                                        Gregory S. Gilchrist
                                         TOWNSEND AND TOWNSEND AND CREW LLP
8                                        Counsel for Plaintiff
                                         LEVI STRAUSS & CO.

10  60844912 v1

11  **IT IS HEREBY ORDERED that the Case Management Conference is**
12  **continued to <u>JANUARY 12, 2007 at 10:00 a.m.</u>**

*IT IS SO ORDERED*
Judge Samuel Conti
9/5/06
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA