TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> NUCCI INTERNATIONAL CORP. <br><br> Defendant. | Case No. C 06 04550 SC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the parties' settlement, plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice against defendant Nucci International Corp. As of this date, defendant Nucci International Corp. has not filed an answer or otherwise responded to the complaint.

DATED: November 30, 2006          Respectfully submitted,

By: /s/ Gregory S. Gilchrist
    Gregory S. Gilchrist
    TOWNSEND AND TOWNSEND AND CREW LLP

    Counsel for Plaintiff
    LEVI STRAUSS & CO.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti / 12/4/06]

60927682 v1

NOTICE OF VOLUNTARY                    1     *Levi Strauss & Co. v. Nucci International, Corp.*
DISMISSAL                                    Case No. C 06-04550 SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28